IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| MARVIN RAY THOMPSON, III, | ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 1:20-cv-00022 |
| v. | ) ) | JUDGE CAMPBELL |
| MAURY COUNTY JAIL, et al., | ) ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 20) recommending the Court grant the motion to dismiss filed by Defendant David Stewart (Doc. No. 19).

Mr. Stewart sought dismissal of the claims against him on grounds that the claims are barred by the applicable one-year statute of limitations. Plaintiff did not file a response to Mr. Stewart's motion to dismiss. The Magistrate Judge found that the statute of limitations defense had merit and recommended that the claims against Mr. Stewart be dismissed. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 20 at 6). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 20) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendant David Stewart's Motion to Dismiss (Doc. No. 19) is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE